UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK,<br><br>　　　　　Defendant. | Case No. 24-cv-04158-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this action on or about July 10, 2024.  Dkt. No. 1.  That same day, the Court informed Plaintiff that the action was deficient because he had not submitted the correct *in forma pauperis* application, and had not submitted the required supporting documents, namely a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement showing transactions for the last six months.  Dkt. No. 4.  The Court informed Plaintiff that he must address these deficiencies within twenty-eight days, or face dismissal of this action; and sent Plaintiff a blank *in forma pauperis* application form.  *Id.*  The deadline has passed, and Plaintiff has not filed the required documents or otherwise communicated with the Court.  Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or pay the filing fee.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete *in form pauperis* application.

　　**IT IS SO ORDERED.**

Dated:　10/3/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge