UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK,<br><br>        Defendant. | Case No. 24-cv-04158-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall terminate any pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   10/3/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge